## IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Luciano, Joel

Printed: 6/24/08

Case Number: 07 B 21663
Judge: Goldgar, A. Benjamin
Filed: 11/17/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: May 13, 2008
Confirmed: January 15, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,725.00 |  |
| Secured: |  | 1,631.86 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 93.14 |
| Other Funds: |  | 0.00 |
| Totals: | 1,725.00 | 1,725.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Timothy K Liou | Administrative | 1,784.20 | 0.00 |
| 2. | CNAC | Secured | 0.00 | 0.00 |
| 3. | Santander Consumer USA | Secured | 22,513.72 | 1,543.98 |
| 4. | Great American Finance Company | Secured | 513.57 | 43.94 |
| 5. | Turk Furniture | Secured | 513.57 | 43.94 |
| 6. | Internal Revenue Service | Priority | 2,270.75 | 0.00 |
| 7. | City Of Chicago Dept Of Revenue | Unsecured | 2,800.00 | 0.00 |
| 8. | Resurgent Capital Services | Unsecured | 6,507.45 | 0.00 |
| 9. | Santander Consumer USA | Unsecured | 1,702.22 | 0.00 |
| 10. | Internal Revenue Service | Unsecured | 110.27 | 0.00 |
| 11. | Premier Bankcard | Unsecured | 413.53 | 0.00 |
| 12. | Ronald D Cummings | Unsecured | 500.00 | 0.00 |
| 13. | ECast Settlement Corp | Unsecured | 1,390.43 | 0.00 |
| 14. | ECast Settlement Corp | Unsecured | 428.87 | 0.00 |
| 15. | Capital One | Unsecured | 203.67 | 0.00 |
| 16. | Great American Finance Company | Unsecured | 2,054.30 | 0.00 |
| 17. | ECast Settlement Corp | Unsecured | 576.43 | 0.00 |
| 18. | CNAC | Unsecured | 685.91 | 0.00 |
| 19. | Peoples Energy Corp | Unsecured | 60.68 | 0.00 |
| 20. | Advanced Family Dental Joliet | Unsecured | | No Claim Filed |
| 21. | Comcast | Unsecured | | No Claim Filed |
| 22. | Aspen/Fb&T | Unsecured | | No Claim Filed |
| 23. | Certegy Payment Recovery Services Inc | Unsecured | | No Claim Filed |
| 24. | First Cash Advance | Unsecured | | No Claim Filed |
| 25. | Frst Ntnl Bnk/Save Cre | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Luciano, Joel

Printed:  6/24/08

Case Number:  07 B 21663

Judge:  Goldgar, A. Benjamin

Filed:  11/17/07

| | | | |
|---|---|---|---|
| 26. | Shorewood Municipal Utilities | Unsecured | No Claim Filed |
| 27. | Heller & Richmond Ltd | Unsecured | No Claim Filed |
| 28. | Kipling Estates HOA | Unsecured | No Claim Filed |
| 29. | Litton Loan Servicing | Unsecured | No Claim Filed |
| 30. | T Mobile USA | Unsecured | No Claim Filed |
| 31. | Prairie Emergency Services | Unsecured | No Claim Filed |
| 32. | Tribute/Fbold | Unsecured | No Claim Filed |
| 33. | Zalutsky & Pinski Ltd | Unsecured | No Claim Filed |

$ 45,029.57    $ 1,631.86

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 93.14 |

$ 93.14

Based on the above information, the trustee requests that the court enter an order discharging
the trustee, releasing the trustee's surety from liability for actions relating to the above
proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

